IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD C. WILLIS,** | : | CIVIL ACTION NO. 1:07-CV-0949 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CARROLL TOWNSHIP, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of January, 2008, upon consideration of plaintiff's motion to strike (Doc. 29) or, in the alternative, to file a brief in sur-reply to defendants' supplemental reply brief (Doc. 27), it is hereby ORDERED that:

1. The motion (Doc. 29) is GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED insofar as it requests leave to file a brief in sur-reply to defendants' supplemental reply brief.

    b. The motion is in all other respects DENIED.

2. Plaintiff shall be permitted to file a brief in sur-reply on or before February 11, 2008.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge